

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2018

No. 04-18-00769-CV

Rolando Rafael **SAENZ** and Alberto Ortiz,
Appellants

v.

**LAS BLANCAS MINERALS LIMITED PARTNERSHIP**, Pedro I. Saenz, Jr., as General Partner of Las Blancas Minerals Limited Partnership, Pedro I. Saenz, Jr., Individually, Maria Graciela Saenz Martinez, as General Partner of Las Blancas Minerals, L.P., San Pedrominerals, Limited Partnership, as General Partner of Blanca Minerals, L.P., Saenz Management Co., Limited Liability Company, as General Partner of Las Blancas Investments, Limited Partnership, Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2015CVQ002991D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

The docketing statement was due on November 5, 2018, but has not been filed. *See* Tex. R. App. P. 32.1(a) (providing an appellant in a civil case shall file a docketing statement promptly upon filing the notice of appeal). We order appellant to file the docketing statement by **November 29, 2018.**

Furthermore, a filing fee of $205 was due when this appeal was filed, but it was not paid. *See* Tex. Sup. Ct., Fees Charged in the Supreme Court, In Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Docket No. 15-9158 (Aug. 28, 2015). The fee remains unpaid, and appellant has not filed a sworn statement of inability to afford payment of court costs.

We therefore order appellant, by **November 29, 2018,** to either: (1) pay the filing fee; or (2) provide written proof to this court that appellant is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from prepaying fees and costs. *See* Tex. R. App. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs).

If appellant fails to respond satisfactorily within the time ordered, this appeal may be dismissed without further notice. *See* Tex. R. App. P. 5 (providing appellate courts may enforce

rule requiring payment of costs "by any order that is just"), 42.3(c) (permitting appellate courts to dismiss an appeal when appellant fails to comply with a court order).



Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2018.

KEITH E. HOTTLE,
Clerk of Court